# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2274

_____

United States of America,            *
                                           *

        Appellee,              *

                                         *   Appeal from the United States
      v.                    *   District Court for the
                                         *   District of Minnesota.

Sherri Beth Forrest,            *

                                         *   [UNPUBLISHED]

        Appellant.           *

_____

Submitted: October 6, 2009
Filed: October 13, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Sherri Forrest challenges the 57-month sentence the district court[1] imposed after she pleaded guilty to a drug crime. Her counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), in which he seeks permission to withdraw, arguing that Forrest's within-Guidelines-range sentence is unreasonable.

We will enforce the appeal waiver in this case. See United States v. Andis, 333 F.3d 886, 889-90 (8th Cir. 2003) (en banc) (court will enforce appeal waiver in plea

_____

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.

agreement when appeal falls within scope of waiver, both waiver and plea agreement were entered into knowingly and voluntarily, and enforcing waiver would not result in miscarriage of justice). This appeal falls within the scope of the waiver contained in Forrest's plea agreement, waiving the right to appeal any sentence at or below 168 months; the record shows the requisite knowledge and voluntariness; and we see nothing to suggest that a miscarriage of justice would result by enforcing the appeal waiver, see United States v. Toothman, 543 F.3d 967, 970 (8th Cir. 2008) (within-Guidelines-range sentence is presumptively reasonable on appeal).

Accordingly, we grant counsel's motion to withdraw on condition that counsel inform appellant about the procedures for filing petitions for rehearing and for certiorari, and we dismiss the appeal.

_____